No. 61806.—South American Minerals & Merchandise Corporation v. United States, protest 309198–K (New York).

516

Opinion by LAWRENCE, J. The protest was dismissed for lack of prosecution.